JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JACK WALLER,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 TO 20, Inclusive<br><br>    Defendants. | CASE NO.: 5:19-cv-00334-AB (SHKx)<br>[Riverside County Superior Court Case No.: RIC 1824173]<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>Assigned to the Hon. Andre Birotte, Jr.; and, Magistrate Jud. Shashi H. Kewalramani<br><br>Complaint Filed: November 5, 2018 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation between plaintiff JACK WALLER and Defendant LOWE'S HOME CENTERS, LLC, this action is dismissed with prejudice, in its entirety, with each party to bear its own costs.

IT IS SO ORDERED.

Dated:  August 6, 2020            _____
The Honorable Andre Birotte, Jr.
United States District Court Judge

- 1 -

**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**
*CASE NO.: 5:19-cv-00334-AB (SHKx)*